**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CYNTHIA LADD, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NICK HUNTER, in his official capacity as Sheriff of Marion County, Oregon, and CITY OF SALEM, an Oregon Municipal Corporation,<br><br>Defendants. | Civil Action No. 6:26-cv-01883 |

DECLARATION OF CYNTHIA LADD

1. My name is Cynthia Ladd. I am a U.S. citizen and resident of Maricopa County, Arizona. I make this declaration in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained herein.

2. I am a law-abiding person and a gun owner, and I currently hold a valid and unexpired Arizona Concealed Weapons Permit and a nonresident Utah Concealed Firearm Permit, which independently and together allow me to bear arms in public across most of the United States. I regularly carry a handgun in public, in jurisdictions where I am legally able, for the purpose of lawful self-defense.

3. In addition to being a member of Plaintiff Gun Owners of America, Inc. ("GOA") and a financial supporter of Plaintiff Gun Owners Foundation ("GOF"), I also serve as the Oregon State Director for Plaintiff GOA.

4. To that end, I will be traveling to Oregon, and specifically to the City of Salem, within the next 90 days as part of my job duties as GOA's Oregon State Director. As State Director, I am responsible for visiting the Capitol, speaking with legislators, attending various events, including speaking engagements and dinners, and providing information about GOA membership to individuals in Oregon. I also plan to make a subsequent trip to Salem within 90 days after my initial trip, and at various intervals thereafter. During these trips, I plan to visit surrounding locations, including Eugene, Oregon.

5. During these upcoming planned trips, I wish to exercise my Second Amendment rights and bring a handgun to publicly carry in Oregon for self-defense.

6. But under current state and local law, that will be impossible. Oregon does not recognize my Arizona and Utah permits to carry, so my only option to carry concealed would be to apply for an Oregon Concealed Handgun License ("CHL"). However, because I do not reside in Oregon or a contiguous state, I cannot obtain an Oregon CHL and therefore cannot carry a concealed handgun in Oregon at all.

7. Moreover, the City of Salem, my intended destination within Oregon, independently prohibits the unlicensed possession (and therefore the open carry) of loaded firearms.

8. In other words, I cannot publicly carry a loaded handgun *at all* during my upcoming visits to Salem, whether concealed or openly.

9. Nor can I carry my handgun in my rented vehicle. Oregon law separately prohibits the unlicensed possession of a concealed and readily accessible handgun within any vehicle.

10. However, if allowed to apply for an Oregon CHL, I would do so immediately. And, aside from my nonresidency, I would meet all the other statutory eligibility standards for issuance of an Oregon CHL under Or. Rev. Stat. Ann. § 166.291.

11. Alternatively, if allowed to use my Arizona Concealed Weapons Permit or Utah Concealed Firearm Permit to carry a concealed firearm while in Oregon, I would do so, but cannot due to operation of Oregon law, which does not recognize the validity of my Arizona and Utah licenses – or any state's license, for that matter.

12. Finally, I would carry a firearm openly in a variety of locations while visiting Oregon, including while filling up my rental vehicle with gasoline, shopping for groceries while in Salem, eating at restaurants around Salem while meeting with individuals for work, and checking in at my hotel, if permitted to do so. However, because Oregon law allows localities to ban open carry, and because many have done so, including Salem, I am prohibited from openly carrying when I visit Oregon.

13. In other words, but for the challenged laws, I would bring, possess, and carry a concealed, loaded handgun during my stays in Oregon, for self-defense purposes. But for the challenged laws, I would fly to Oregon with an airline-checked firearm and then rent a vehicle and travel to and around Salem, attending various business functions and events while carrying my firearm concealed on my person. I also would carry my firearm at times openly, and while in my rental vehicle.

14. Although I understand I am ineligible to apply for and receive an Oregon CHL, I still tried to apply for one, but was prohibited from to do so.

15. Because I will be traveling to Salem, Oregon, I contacted the Marion County Sheriff's Office on August 14, 2026 at the phone number (503) 588-5094. The City of Salem is located within Marion County.

16. During my call, I spoke with an individual who identified herself as Mariah in the Concealed Handgun License department.

17. I inquired about obtaining an Oregon CHL. In response, Mariah asked me if I was a resident of Marion County or Oregon more broadly. I responded "no" to both questions, explaining that I am a resident of Arizona, not Oregon. Mariah then informed me that Oregon does not issue nonresident permits, unless the applicant were to live "in a border county."

18. Then, I called the Lane County Sheriff's Office Concealed Handgun Unit at the phone number (541) 682-3906. Lane County is where Eugene, Oregon is located, one of the places that I also intend to visit.

19. When I contacted the above Lane County number, an individual named Miss Lopez answered the call. I told Miss Lopez that I wished to apply for an Oregon CHL, and Miss Lopez asked if I owned property in Lane County. I responded that I did not own any property in Lane County. Miss Lopez then asked if I was a resident of Lane County. I responded that I was not. Miss Lopez then explained that Lane County does not issue nonresident licenses to anyone, and that I would need to find a county that bordered my state in which to apply. At that point, Miss Lopez said, the sheriff of that county would make a determination if they would issue me a license.

20. I then explained that I live in Arizona. In response, Miss Lopez stated that I would not be able to apply for an Oregon CHL at all, because I do not qualify. I inquired, "That's it? I have no other options?" Miss Lopez responded, "Yes ma'am, you do not qualify. You have no other options."

21. Thus, I am unable to obtain a CHL in Oregon and cannot carry a firearm while in Salem or even in my rental vehicle due to Oregon and local law.

22. During my upcoming and subsequent trips, most of my time in Oregon will be spent in Salem, so Salem's ban on the open carry of firearms eviscerates my right to keep and bear arms altogether.

I, Cynthia Ladd, declare under penalty of perjury that the foregoing is true and correct.

September 4, 2024
**DATE**

**CYNTHIA LADD**