**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| CYNTHIA LADD, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, | ) | |
| Plaintiffs, | ) | Civil Action No. 6:26-cv-01883 |
| v. | ) | |
| NICK HUNTER, in his official capacity as Sheriff of Marion County, Oregon, and CITY OF SALEM, an Oregon Municipal Corporation, | ) | |
| Defendants. | ) | |

DECLARATION OF ERICH M. PRATT

1. My name is Erich M. Pratt. I am a U.S. citizen and resident of Virginia. I make this declaration in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained herein.

2. I am the Senior Vice President of Gun Owners of America, Inc. ("GOA") and the Senior Vice President of Gun Owners Foundation ("GOF"). I also personally contribute funds to GOF to further its mission.

3. In these capacities, I oversee staff that is in daily contact with members and supporters regarding their concerns, questions, requests, and suggestions on how GOA and GOF can best represent their interests.

4. Gun Owners of America, Inc. is a California non-stock corporation with its principal place of business in Springfield, Virginia. GOA is organized and operated as a nonprofit membership organization that is exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code. GOA was formed in 1976 to preserve and defend the Second Amendment rights of gun owners. GOA has more than two million members and supporters across the country, including those who live in states other than Oregon and who do not live in a state bordering Oregon, and thus, who are not allowed to even apply for an Oregon Concealed Handgun License ("CHL"). Many of these members are and will be irreparably harmed by Oregon's refusal to allow them to apply for an Oregon CHL.

5. Gun Owners Foundation is a Virginia non-stock corporation with its principal place of business in Springfield, Virginia. GOF is organized and operated as a nonprofit legal defense and educational foundation that is exempt from federal income taxes under Section 501(c)(3) of the U.S. Internal Revenue Code. GOF is supported by gun owners across the country, including by two of its board members, as well as those who live in states other than Oregon and who do not live in a state bordering Oregon, and thus, who are not allowed to even apply for an Oregon CHL. Many of these supporters are and will be irreparably harmed by Oregon's refusal to allow them to apply for an Oregon CHL.

6. GOF funds its litigation efforts, in part, by way of individual contributions, along with contributions received from individuals through the Combined Federal Campaign. GOF's supporters provide the funds directly used to support GOF's litigation efforts, which efforts would be impossible without contributions from our supporters. Our supporters contribute to GOF specifically so that we can bring litigation like this. As part of keeping its supporters up to date on this and other litigation, and various other Second Amendment topics, GOF provides its supporters

with a newsletter that provides updates directly to them, keeping them advised of what GOF is doing.

7. GOA and GOF's members and supporters desire and overwhelmingly support our involvement in litigation to protect their right to publicly carry firearms, a right that is being unconstitutionally infringed not only by Oregon's ongoing refusal to allow them even to apply for a CHL, but also Oregon localities' patchwork bans on unlicensed open carry across the state.

8. As noted, GOA and GOF together have more than two million members and supporters nationwide, including many within this district.

9. GOA and GOF have been in contact with members and supporters nationwide who wish to apply for an Oregon CHL, but who are unable to do so.

10. For instance, John Crump, a GOA member who resides in Virginia and is licensed by that state to carry firearms, has informed GOA and GOF that he frequently travels to Portland, Oregon, where he is legally prohibited from carrying a handgun openly or concealed by virtue of his nonresidency.

11. Protection of the rights and interests advanced in this litigation is germane to GOA and GOF's respective missions, which include the effort to preserve and protect the Second Amendment and the rights of Americans to keep and bear arms. GOA and GOF routinely litigate cases throughout the country on behalf of their members and supporters, and GOA and GOF are capable of fully and faithfully representing the interests of their members and supporters without participation by each.

I, Erich M. Pratt, declare under penalty of perjury that the foregoing is true and correct.

9/4/26

**DATE**

Erich Pratt

**ERICH M. PRATT**