**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| CYNTHIA LADD, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, | ) | |
| Plaintiffs, | ) | Civil Action No. 6:26-cv-01883 |
| v. | ) | |
| NICK HUNTER, in his official capacity as Sheriff of Marion County, Oregon, and CITY OF SALEM, an Oregon Municipal Corporation, | ) | |
| Defendants. | ) | |

DECLARATION OF JOHN CRUMP

1. My name is John Crump. I am a U.S. citizen and resident of Virginia. I make this declaration in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained herein.

2. I am a law-abiding person, eligible to possess firearms under state and federal law. I am over the age of 18, an avid supporter of the right to keep and bear arms, a member of Plaintiff Gun Owners of America, Inc. and a financial supporter of Plaintiff Gun Owners Foundation.

3. I currently possess a valid and unexpired Virginia Concealed Handgun Permit and am able to lawfully bear arms in public while in Virginia and across most of the country, either through other states' reciprocity with my Virginia permit, or under other states' "constitutional carry" laws. I regularly publicly carry for the purpose of lawful self-defense.

4. I meet all the criteria for issuance of an Oregon Concealed Handgun License ("CHL"), except that I do not reside in Oregon, nor do I live in one of the states that shares a border with Oregon.

5. If Oregon's statutory residency requirement were to be enjoined, I would immediately apply for an Oregon CHL, which would enable me to exercise my Second Amendment right to public carry while visiting Oregon.

6. I frequently visit Portland, Oregon to meet with work clients. For instance, I last visited Portland in November 2025, and I plan to visit again before the end of this year, and again sometime during 2027.

7. While in Portland, I am unable to publicly carry a firearm at all due to a combination of my nonresidency-based ineligibility for an Oregon CHL and the City of Portland's local ban on unlicensed open carry. Indeed, when I last visited Portland in November 2025, I wished to legally carry a firearm in public but realized I could not do so.

8. I continue to desire to carry my firearm concealed or openly when I visit Portland.

9. Oregon also does not allow me to carry a functional firearm in my rental vehicle without a CHL, requiring additional steps to secure and unload the firearm before I am allowed to have it in the vehicle.

10. If Oregon permitted me to carry a "readily accessible" firearm while in my vehicle, and for me to carry my firearm concealed or openlyx while in Portland, I would do so the next time I am in Portland later this year, and during subsequent trips thereafter.

I, John Crump, declare under penalty of perjury that the foregoing is true and correct.

09/04/2026
DATE

JOHN CRUMP