Leonard W Williamson, OSB # 910020
LEONARD WARREN WILLIAMSON PC
1900 Hines St SE Ste 211
Salem OR 97302
503 365-8800
l.williamson@williamsonlawpc.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CYNTHIA LADD; GUN OWNERS OF AMERICA, INC.; and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NICK HUNTER, in his official capacity as Sheriff of Marion County, Oregon; and CITY OF SALEM, an Oregon Municipal Corporation,<br><br>Defendants. | Case No.: 6:26-cv-01883<br><br>**NOTICE OF CONSTITUTIONAL QUESTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.1** |

TO: The Honorable Dan Rayfield, Attorney General of Oregon
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 5.1(a) and 28 U.S.C. § 2403(b), Plaintiffs Cynthia Ladd, Gun Owners of America, Inc., and Gun Owners Foundation hereby file this Notice of Constitutional Question.

1. In the attached Complaint for Declaratory and Injunctive Relief, Plaintiffs draw into question the constitutionality of the following Oregon state statutes:

* ORS 166.291(1)(c)
* ORS 166.291(8)
* ORS 166.173(1)
* ORS 166.173(2)(c)

2. Plaintiffs allege that these statutes violate the Second and Fourteenth Amendments to the United States Constitution by impermissibly infringing upon the right of the people to keep and bear arms, specifically by prohibiting nonresidents from applying for or obtaining a Concealed Handgun License and by permitting localities to ban the open carry of firearms.

3. Neither the State of Oregon, nor any of its agencies, nor any of its officers or employees sued in an official capacity, are parties to this action.

4. Pursuant to FRCP 5.1(a)(2), a copy of the Complaint is being served on the Attorney General of Oregon via certified mail at the address listed above, contemporaneously with the filing of this Notice.

Respectfully submitted,

Dated: September 11, 2026

s/ Leonard W. Williamson
Leonard W. Williamson
Oregon State Bar No. 910020
LEONARD WARREN WILLIAMSON PC
1900 Hines Street SE, Suite 211
Salem, Oregon 97302
(503) 365-8800
l.williamson@williamsonlawpc.com
Attorney for Plaintiffs

Dated: September 11, 2026

s/ Oliver M. Krawczyk
Oliver M. Krawczyk*
Pennsylvania State Bar No. 334423
AMBLER LAW OFFICES, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
(717) 525-5822
oliver@amblerlawoffices.com
**Pro Hac Vice* forthcoming
Attorney for Plaintiffs