IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CYNTHIA LADD, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION,

Plaintiffs,

v.

NICK HUNTER, Sheriff of Marion County, Oregon, CITY OF SALEM,

Defendants.

Case No. 6:26-cv-01883-AP

**ORDER OF CERTIFICATION PURSUANT TO 28 U.S.C. § 2403(B); INSTRUCTIONS TO CLERK**

POTTER, United States Magistrate Judge:

**TO THE HONORABLE DAN RAYFIELD, Attorney General of Oregon:**

On September 11, 2026, Plaintiffs in this case filed a Complaint for Declaratory and Injunctive Relief that seeks a declaration and injunction to enjoin defendants from enforcing or otherwise implementing certain provisions of ORS § 166.291 — *Issuance of concealed handgun license*, and ORS § 166.173 — *Authority of city or county to regulate possession of loaded firearms in public places*. Compl. 21, ECF No. 1. Plaintiffs allege that these state laws violate the Second Amendment to the United States Constitution and are thus unenforceable and invalid. Compl. ¶ 71. Pursuant to Federal Rule of Civil Procedure 5.1(a), Plaintiffs have filed a notice of constitutional question in this case and have represented that they have served this notice to your office via certified mail. Pl.'s Notice of Constitutional Question, ECF No. 1-5.

Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the Court certifies that this case draws into question the constitutionality of ORS §§ 166.291(1)(c) and (8), and ORS §§ 166.173(1) and (2)(c).

The Clerk shall serve a copy of this order and the complaint on the Oregon Department of Justice via electronic mail.

Pursuant to Federal Rule of Civil Procedure 5.1(c), if the State of Oregon chooses to intervene in this action, it must do so no later than **November 10, 2026**.

**IT IS SO ORDERED.**

DATED this 21st day of September, 2026.

/s/Amy E. Potter
AMY E. POTTER
United States Magistrate Judge