**Zachary M. Johnson** OSB No. 224314
zjohnson@cityofsalem.net
CITY OF SALEM, LEGAL DEPARTMENT
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202
Attorney for Defendant City of Salem

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CYNTHIA LADD, GUN OWNERS OF AMERICA, INC; and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NICK HUNTER, in his official capacity as Sheriff of Marion County, Oregon; and CITY OF SALEM, an Oregon Municipal Corporation,<br><br>Defendants. | Case No. 6:26-cv-01883-AP<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN INITIAL APPEARANCE** |

**LR 7-1 CERTIFICATION**

In compliance with LR 7-1(a), counsel for Defendant City of Salem hereby certifies that he conferred with counsel for Plaintiffs, Leonard W. Willamson, via telephone and that this motion is unopposed.

**MOTION**

Pursuant to FRCP 6(b), Defendant City of Salem moves this court for an order extending

the time to file an initial appearance. Defendant City of Salem requests an additional thirty (30) days from October 14, 2026, to enter an appropriate initial appearance. This is the first request for an extension made by Defendant City of Salem, and this motion is supported by good cause and not made for purposes of delay.

**CONCLUSION**

Defendant City of Salem respectfully requests that the court grants this unopposed Motion for an Extension of Time to File an Initial Appearance.

DATED: October 9, 2026.

*s/ Zachary M. Johnson*
Zachary M. Johnson, OSB No. 224314
zjohnson@cityofsalem.net
Attorney for Defendant City of Salem