**Zachary M. Johnson** OSB No. 224314
zjohnson@cityofsalem.net
CITY OF SALEM, LEGAL DEPARTMENT
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202
Attorney for Defendant City of Salem

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CYNTHIA LADD, GUN OWNERS OF AMERICA, INC; and GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NICK HUNTER, in his official capacity as Sheriff of Marion County, Oregon; and CITY OF SALEM, an Oregon Municipal Corporation,<br><br>Defendants. | Case No. 6:26-cv-01883-AP<br><br>**DECLARATION OF ZACHARY M. JOHNSON IN SUPPORT OF UNNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN INTIAL APPEARANCE** |

I, ZACHARY M. JOHNSON, hereby declare under penalty of perjury that the following is true and correct:

1. I am an Assistant City Attorney for the City of Salem. I make this declaration based on personal knowledge and information provided to me in the performance of my job duties with the City of Salem. I am competent to testify to the matters stated herein.

2. Defendant City of Salem was served with the Summons and Complaint in this matter on or about September 23, 2026.

3. Defendant City of Salem is currently in the process of retaining outside counsel to assist with the defense of this matter.

4. I have not yet had an opportunity to fully review the underlying facts of this matter and the applicable legal defenses. Therefore, I request an additional thirty (30) days from October 14, 2026, in which to obtain sufficient information so that I can adequately represent Defendant City of Salem and enter an appropriate initial appearance.

5. I contacted counsel for Plaintiffs, Leonard W. Williamson, via telephone on October 6, 2026, to confer on this motion. Plaintiffs' counsel does not object to Defendant City of Salem's Motion for an Extension of Time to File an Initial Appearance.

6. Defendant City of Salem's motion is supported by good cause and not made for purposes of delay.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED: October 9, 2026.

*s/ Zachary M. Johnson*
Zachary M. Johnson, OSB No. 224314
zjohnson@cityofsalem.net
Attorney for Defendant City of Salem