UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Cynthis Ladd, et al.

Plaintiff(s),

v.

City of Salem, et al.

Defendant(s).

Case No.: 6:26-cv-01883

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney Ryan P. McGinley-Stempel requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

City of Salem

In support of this application, I certify that: 1) I am an active member in good standing with the California State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

Name: McGinley-Stempel (*Last Name*) Ryan (*First Name*) P (*MI*) (*Suffix*)

Agency/firm affiliation: Renne Public Law Group

Mailing address: 350 Sansome Street, Suite 300

City: San Francisco State: CA Zip: 94104

Phone number: (415) 848-7200 Fax number: (415) 848-7230

Business e-mail address: rmcginleystempel@publiclawgroup.com

:

State bar admission(s), date(s) of admission, and bar number(s):
California (SBN 296182)

Other federal court admission(s) and date(s) of admission:
USDC-Northern California, Central California
US Supreme Court, US Court of Appeals 9th and 10th Circuits

**(3)** :

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4)**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

***Pro Hac Vice*** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 10/30/2026

*/s/ Ryan P. McGinley-Stempel*
(*Signature*)

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Johnson Zachary M
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

OSB number: ______________________

Agency/firm affiliation: Salem City Attorney's Office

Mailing address: 555 Liberty Street SE, Ste. 225

City: Salem State: OR Zip: 97301

Phone number: (503) 588-3287 Fax number: (503) 361-2202

Business e-mail address: zjohnson@cityofsalem.net

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:26-cv-01883.

DATED: 10/30/2026.

*/s/ Zachary M. Johnson*
(*Signature of Local Counsel*)