# EXHIBIT A

# ACTS

PASSED AT THE FIRST SESSION

OF THE

TWENTY-FIRST GENERAL ASSEMBLY

FOR THE

COMMONWEALTH

OF

KENTUCKY,

BEGUN AND HELD IN THE CAPITOL, IN THE TOWN OF FRANKFORT ON MONDAY THE SEVENTH DAY OF DECEMBER, ONE THOUSAND EIGHT HUNDRED AND TWELVE, AND OF THE COMMONWEALTH THE TWENTY-FIRST.

---

*PUBLISHED BY AUTHORITY.*

---

*FRANKFORT*, (KEN.)

GERARD & BERRY—PRINTERS TO THE STATE.

*FEBRUARY* 26*TH*, 1813.

Governor to accept of the services of volunteer companies & to commission officers

accept of the servires of any volunteer company or companies (not exceeding three thousand as aforesaid) who ſhall tender their services within such time, and for such term, not exceeding ſix months, as the Governor in his discretion, ſhall proclaim and appoint. And the Governor ſhall deſignate and commiſſion for that purpose, all officers neceſſary and proper for the command of such volunteers.

Volunteers to to receive money in advance

Sec. 3. *Be it further enacted*, That all volunteer officers, non-commiſſioned officers, muſicians and privates, whose service may be tendered and accepted under the proviſions of this act, ſhall, at such place or places of redezvous as the Governor ſhall appoint within this ſtate, be entitled to receive in advance, the sum of ten dollars, to be taken and conſidered as a part of their pay.

Forces when raised how to be diposed of

Sec. 4. *Be it further enacted*, That the forces to be raised and organized, as provided by this act, ſhall be disposed of according to the discretion of their Governor (that discretion subject only to the requisitions of the general government) and ſhall be liable to be marched to any place, and engaged in the service of the U. States, as the exigencies of the present war may, in the opinion of the executive, requíre.

TheGovernor authorized to draw money from the treasury or borrow from banks

Sec. 5. *Be it further enacted*, That the governor of this commonwealth, for the purpose of carrying into effect the third section of this act, ſhall be authorized to draw from the Treasury of this ſtate, any sums of money that may be necessary therefor; or in case of deficiency in the public funds, to borrow from any Bank or individuals, upon the beſt terms he can obtain such additional sums as may be necessary for the purpose aforesaid.

Sec. 6. *Be it further enacted*, That the powers vested in the Governor by the firſt and second sections of this act, ſhall be exercised and carried into effect by him to such extent, and in such a manner and time, as his own discretion and the emergency of public affairs may dictate.

---

## CHAP. LXXXIX.

*AN ACT to prevent persons in this Commonwealth from wearing concealed Arms, except in certain cases.*

Approved, February 3, 1813.

Sec. 1. BE *it enacted by the general assembly of the commonwealth of Kentucky*, That any person in this commonwealth, who ſhall hereafter wear a pocket pistol, dirk, large knife, or sword in a cane, concealed as a weapon, unless when travelling on a journey, ſhall be fined in any sum, not less than one hundred dollars; which

may be recovered in any court having jurisdiction of like sums, by action of debt, or on the presentment of a grand jury—and a prosecutor in such presentment ſhall not be neceſſary. One half of such fine ſhall be to the use of the informer, and the other to the use of this commonwealth.

This act ſhall commence and be in force, from and after the firſt day of June.

## CHAP. XC.

*AN ACT to amend the Militia Law.*

Approved February 3, 1813.

Sec. 1. BE *it enacted by the General Assembly of the Commonwealth of Kentucky,* That if any non-commiſſioned officer, musician or private, failing to march, or furniſhing an able bodied ſubſtitute in his place, when ordered and lawfully called on, or leaving the service without a discharge from the proper officer, ſhall be conſidered as a deserter, & treated as followeth, to wit: Any person may apprehend such deserter, and deliver him to the officer commanding such detachment, or any recruiting officer within this commonwealth, and take his receipt for the same; which receipt ſhall describe the name of such deserter, and the length of time he was to serve, and by whom he was delivered—which receipt ſhall be aſſignable; and the reward for taking and so delivering such deserter, as aforesaid, ſhall be a credit for a tour or tours of duty for the length of time such deserter was bound to serve; and said deserter ſhall serve out the term of time aforesaid before he ſhall be discharged, in addition to the time he was to serve, if such term of time is then required; otherwise ſhall serve said tour or tours, when required so to do. And any person holding such receipt, when he is called on to perform a tour or tours of duty, and producing the same to the captain calling on him, it ſhall be the duty of said captain to receive the same, and give the owner thereof a credit for as many tours as is therein contained.

Persons failing to perform tour of duty considered a deserter

Sec. 2. And where any delinquent militia-man ſhall belong to any society who hold a community of property, the ſheriff ſhall call on the agent or superintender of the common ſtock, or firm of said society, or compact, for the same; and if he fails to pay the same as before described, the ſheriff ſhall make diſtress, and sell so much of the property belonging to said ſtock, as will satisfy the fine, coſt, &c. as is before directed.

Sec. 3. *And be it further enacted,* That brigade inspectors and brigade quarter masters, when not taken from the line, ſhall each be entitled to the rank, pay, and emoluments

Brigade inspectors quarter masters, adjutants and pay-masters

# REVISED STATUTES

OF

# THE STATE OF ARKANSAS,

ADOPTED

AT THE OCTOBER SESSION

OF THE

GENERAL ASSEMBLY OF SAID STATE, A. D. 1837,

IN THE YEAR OF OUR INDEPENDENCE THE SIXTYSECOND, AND OF THE STATE THE SECOND YEAR.

---

REVISED BY WILLIAM McK. BALL AND SAM. C. ROANE

NOTES AND INDEX BY ALBERT PIKE.

---

PUBLISHED BY AUTHORITY OF THE GENERAL ASSEMBLY.

SEC. 12. Every person who shall be convicted of any misdemeanor, the punishment of which is not defined in this or some other statute, shall be punished by imprisonment, not exceeding one year, or by fine not exceeding two hundred and fifty dollars, or by fine and imprisonment both.

SEC. 13. Every person who shall wear any pistol, dirk, butcher or large knife, or a sword in a cane, concealed as a weapon, unless upon a journey, shall be adjudged guilty of a misdemeanor, and upon conviction thereof, in the county in which the said offence shall have been committed, shall be fined in any sum not less than twentyfive dollars, nor more than one hundred dollars, one half to be paid into the county treasury, the other half to the informer, and shall also be imprisoned not less than one, nor more than six months.

ART. II.—LIBEL.

THE

# LAWS

OF THE

# STATE OF INDIANA,

PASSED AT THE FOURTH SESSION OF THE

## GENERAL ASSEMBLY,

HELD AT CORYDON ON THE FIRST MONDAY IN DECEMBER IN THE YEAR ONE THOUSAND EIGHT HUNDRED AND NINETEEN.

(BY AUTHORITY.)

JEFFERSONVILLE:

PRINTED AND PUBLISHED BY ISAAC COX,

PRINTER OF THE STATE LAWS.

1820.

the duty of the clerks of the several counties within this state, to make a record of such certified copy as may be transmitted to them, by the clerks of the boards of trustees, agreeable to the provisions of this act, within sixty days after the same shall have been deposited in their respective offices under the penalty of the eleventh section of the act to which this is supplementary, *Provided*, nothing in this act shall be so construed as to affect any contract or contracts entered into by the trustees of any incorporated town in this state, or the collection of any fines or tax assessed previous to the taking effect of this act.

Duty of clerk of counties

Proviso

SEC. 13. It shall be lawful for the trustees of any incorporated town in this state, to extend the jurisdiction of the corporation thereof, over any commons, or public ground, belonging to the said town, and the trustees of any incorporated town, situate on the bank of the Ohio river, in this state, shall have power to regulate the banks, shores, and wharves, in front of such town, and the same shall be deemed a part of the corporation, and within the jurisdiction of the trustees thereof, *Provided*, the owner or owners of the same, shall consent thereto, *Provided*, however that this act shall not give power to any corporation, to alter, vacate, or in any manner affect any ferries heretofore established by law, or which may hereafter be established.

Duty of trustees of corporate towns

And powers

Provisoes



## CHAPTER XXIII.

*AN ACT to prohibit the wearing of concealed weapons.*

APPROVED, January 14, 1820.

SEC. 1. *BE it enacted by the General Assembly of the State of Indiana*, That any person wearing any dirk, pistol, sword in cane, or any other unlawful weapon, concealed, shall be deemed guilty of a misdemeanor, and on conviction thereof, by presentment or indictment, shall be fined in any sum not exceeding one hundred dollars, for the use of county seminaries: *Provided however*, that this act shall not be so construed as to affect travellers.

Persons wearing concealed weapons indictable

Proviso

---

## CHAPTER XXIV.

*AN ACT supplemental to "an act for the appointment of County Surveyors.*

APPROVED, January 14, 1820.

SEC. 1. *BE it enacted by the General Assembly of the State of Indiana*, That whenever hereafter any dispute may arise about the division of any land within this state, wherein the county surveyor of the county, where the lands lie, may be a party, or in any manner interested, it shall be lawful for the Circuit Court on application of either par-

County surveyor interested in partition Circuit court to appoint surveyor

THE

# REVISED LAWS

OF

# INDIANA,

IN WHICH ARE COMPRISED ALL SUCH ACTS OF A GENERAL NATURE AS ARE IN FORCE IN SAID STATE;

ADOPTED AND ENACTED BY THE

## GENERAL ASSEMBLY

AT THEIR FIFTEENTH SESSION.

---

TO WHICH ARE PREFIXED

*THE DECLARATION OF INDEPENDENCE, THE CONSTITUTION OF THE U. S., THE CONSTITUTION OF THE STATE OF INDIANA,*

AND

SUNDRY OTHER DOCUMENTS, CONNECTED WITH THE POLITICAL HISTORY OF THE TERRITORY AND STATE OF INDIANA.

---

ARRANGED AND PUBLISHED BY
AUTHORITY OF THE GENERAL ASSEMBLY.

INDIANAPOLIS:

PRINTED BY DOUGLASS AND MAGUIRE.

1831.

Vending spirits without license.

SEC. 56. That every person, not being licensed according to law to vend spiritous liquors by retail, who may barter or sell any spiritous liquor, to be drank in his or her house, out house, yard or garden, or who may barter or sell any such spiritous liquor, by a less quantity than a quart at a time, shall be fined in any sum not less than two, nor more than twenty dollars.

Failing to put up list of tavern rates, &c.

SEC. 57. That if any licensed tavern keeper shall, directly or indirectly, ask, demand or receive, any greater price or higher rates, for any article furnished in the way of his business, than may be fixed and published by him in his schedule of tavern rates, or who shall knowingly neglect, for one whole day, to keep up in the most public room in his tavern, a fair list of the aforesaid rates so by him fixed and published, he or she so offending, shall be fined in any sum not less than five dollars, nor more than fifty dollars.

Carrying concealed weapon.

SEC. 58. That every person, not being a traveller, who shall wear or carry any dirk, pistol, sword in a cane, or other dangerous weapon concealed, shall upon conviction thereof, be fined in any sum not exceeding one hundred dollars.

Adultery.

SEC. 59. That every person who shall live in open and notorious adultery or fornication, shall upon conviction thereof, be fined, if a male person, in any sum not exceeding three hundred dollars, or if a female, be imprisoned for any term of time not exceeding three months.

Lewdness.

SEC. 60. That every person who shall be guilty of open and notorious lewdness, or of any grossly scandalous and public indecency, shall upon conviction thereof, be fined in any sum not exceeding one hundred dollars.

Gaming and betting.

SEC. 61. That every person who shall play at any game or games for money, or other valuable consideration, or who shall bet on the hands or sides of such as do play, at a tavern or place licensed to vend spiritous liquors by retail, or in any out house or appendage of the same, shall on conviction thereof, be fined in any sum not exceeding seventy nor less than ten dollars, and be recognized with sufficient security, for his good behaviour for one year, which recognizance shall be forfeited by a second offence, within the time aforesaid.

Losing or winning money.

SEC. 62. That every person who shall, by playing or betting at, or upon any game or wager whatsoever, either lose or win any sum of money or article of value, shall upon conviction thereof, be fined in any sum not exceeding fifty dollars.

Deceit in gaming.

SEC. 63. That if any person by fraud, circumvention, deceit or evil practice, in playing at cards, dice or other game, or by sharing in the stakes or wager, shall win or

Price Williams Esq

# ACTS

PASSED AT THE ANNUAL SESSION OF THE

# GENERAL ASSEMBLY,

OF THE

S. P. SMITH

# STATE OF ALABAMA;

BEGUN AND HELD IN THE CITY OF TUSCALOOSA, ON THE FIRST MONDAY IN NOVEMBER, 1840.

---

ARTHUR P. BAGBY, GOVERNOR.
J. L. F. COTTRELL, PRESIDENT OF THE SENATE.
SAMUEL WALKER, SPEAKER OF THE HOUSE OF REPRESENTATIVES.
R. A. BAKER, SPEAKER OF THE HOUSE OF REPRESENTATIVES.

---

Tuscaloosa:
HALE & PHELAN, PRINTERS.
1841.

Google

## CHAPTER SEVENTH.

### *Of Miscellaneous Offences.*

Unchartered banking companies.

Section 1. It shall be unlawful for any person or persons, or any company, corporation, or unchartered banking association, to make, emit, issue, or put in circulation, any note, bill, bond, draft, check, or post note, or paper of any name or description whatsoever, to answer the purpose of money, or for general circulation, and for every such note, bill, bond, draft, check, post note, or other paper so made, emitted, issued, or put in circulation, such person or persons, and each and every individual of said company, corporation, or unchartered banking association, so making, issuing, emitting, or putting in circulation, such note, bill, bond, draft, check, post note, or other paper, shall be held to be guilty of a misdemeanor, and shall be liable to be indicted therefor, and, upon conviction, shall be fined for every such offence at the discretion of the jury trying the same, not less than one hundred, nor more than five hundred dollars, and that upon failure to pay the fine, shall be imprisoned in the county jail for a term not exceeding twelve months.

Signing notes or bills.

Section 2. If any person or persons shall sign any note, bill, bond, draft, check, post note, or any paper of other name or description whatsoever, as cashier or president, or under any other name, or in the name of any company, incorporation, or unchartered banking association, to be put in circulation to answer the purposes of money, such president, or cashier, or other person, under any other name, so signing said note, bill, bond, draft, check, post note, or paper as aforesaid, shall be deemed guilty of a misdemeanor, and shall be liable to be indicted, and, upon conviction, shall be fined for every such offence, in a sum not less than one hundred, nor more than five hundred dollars, at the discretion of the jury trying the same, and the signatures of the person or persons so charged, to the note, bond, bill, draft, check, post note, or paper aforesaid, shall be taken and held to be proof of such signing, unless the fact of signing be denied on oath by the defendant.

Passing off or circulating notes or bills.

Section 3. It shall be unlawful for any person or persons, within the limits of this State, to pass off, issue, emit, or put in circulation, any note, bill, bond, check, draft, or post note, of any incorporation, company, or unchartered banking association; and any person or persons violating the provisions of this section, shall be deemed guilty of a misdemeanor, and shall be liable to be indicted, and upon conviction, shall be fined for every such note, bill, bond, check, draft, post note, or other paper so issued, emitted, passed off, or put in circulation, not less than twenty, nor more than one hundred dollars, at the discretion of the jury trying said offence.

Section 4. Every one who shall hereafter carry concealed about his person, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, dirk or any other deadly

Digitized by Google

weapon, pistol or any species of fire arms, or air gun, unless such person shall be threatened with, or have good cause to apprehend an attack, or be travelling, or setting out on a journey, shall on conviction, be fined not less than fifty nor more than three hundred dollars: It shall devolve on the person setting up the excuse here allowed for carrying concealed weapons, to make it out by proof, to the satisfaction of the jury; but no excuse shall be sufficient to authorize the carrying of an air gun, bowie knife, or knife of the like kind or description.

Carrying concealed weapons.

Section 5. If any person shall at the same election vote more than once for the same candidate for the same office, or for different candidates for the same office, either in the same or in different precincts, or vote when he is not legally authorized so to do, he shall upon conviction, be adjudged guilty of a misdemeanor, and fined in the sum of two hundred dollars, and be imprisoned in the county jail not exceeding one year.

Illegal voting.

Section 6. Every apothecary, druggist, or other person, who shall sell and deliver any arsenic, corrosive sublimate, prussic acid, or other substance, either solid or liquid, usually denominated poisonous, without having the word 'poison,' written or printed on a label attached to the vial, box or parcel, in which the same is sold, or shall sell and deliver any tartar emetic, without having the true or common name thereof written or printed upon a label attached to the vial, box or parcel containing the same, shall upon conviction, be adjudged guilty of a misdemeanor, and punished by a fine not exceeding one hundred dollars.

Apothecaries selling poisonous drugs without label.

Section 7. Every apothecary, druggist, or other person, who shall give, sell or deliver, any of the drugs described in the preceding section, or any other drug or medicine, poisonous in its nature, to any slave, without an order in writing from the owner or manager of such slave, designating the drug or medicine, either by name, or the effect to be produced by it, he or she so offending, shall on conviction, be held guilty of a misdemeanor, and punished by a fine not exceeding two hundred dollars, and may also be imprisoned not exceeding three months.

Selling to slaves.

Section 8. Every person who shall buy, sell or receive from any slave, any commodity of any kind or description, without the leave or consent of the master, owner, or overseer of such slave, verbally or in writing, expressing the articles permitted to be sold or bartered, first obtained, shall on conviction, be fined in a sum not less than ten, nor more than one hundred dollars, and may be imprisoned not more than three months.

Trading with slaves.

Section 9. Every sheriff, coroner, constable, clerk, or justice of the peace, who shall within three days after demand made, fail or refuse to pay over any money received or collected by him in his official capacity, shall be deemed guilty of a misdemeanor, and on conviction, shall be fined in a sum not less than one half, and not exceeding the entire amount received or collected: *Provided*, that the party entitled to such money, shall remain in the county, or

Officers failing to pay money collected.

Proviso.

Digitized by Google

LAWS

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A REGULAR SESSION

OF THE

# MISSISSIPPI LEGISLATURE,

HELD IN THE

## CITY OF JACKSON,

Commencing Jan. 8th, 1878, and Ending March 5th, 1878.

PRINTED BY AUTHORITY.

JACKSON, MISS.:
POWER & BARKSDALE, STATE PRINTERS.
1878.

## CHAPTER XLVI.

AN ACT to prevent the carrying of concealed weapons, and for other purposes.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That any person, not being threatened with, or having good and sufficient reason to apprehend an attack, or traveling (not being a tramp) or setting out on a journey, or peace officers, or deputies in discharge of their duties, who carries concealed, in whole or in part, any bowie knife, pistol, brass knuckles, slung shot or other deadly weapon of like kind or description, shall be deemed guilty of a misdemeanor, and on conviction, shall be punished for the first offence by a fine of not less than five dollars nor more than one hundred dollars, and in the event the fine and cost are not paid shall be required to work at hard labor under the direction of the board of supervisors or of the court, not exceeding two months, and for the second or any subsequent offence, shall, on conviction, be fined not less than fifty nor more than two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor not exceeding six months under the direction of the board of supervisors, or of the court. That in any proceeding under this section, it shall not be necessary for the State to allege or prove any of the exceptions herein contained, but the burden of proving such exception shall be on the accused.

When concealed weapons may be carried.

Penalty for carrying weapons.

Burden of proof on accused.

SEC. 2. *Be it further enacted*, That it shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the first section of this Act described, or any pistol cartridge, and on conviction shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors or of the court, not exceeding six months.

Minors, or persons intoxicated.