STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
CODY M. HAWKINS, OSB #203809
Sr. Assistant Legal Counsel
*chawkins@co.marion.or.us*
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Attorney for County of Marion

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CYNTHIA LADD; GUN OWNERS OF AMERICA, INC.; AND GUN OWNERS FOUNDATION,

Plaintiffs,

v.

NICK HUNTER, IN HIS OFFICIAL CAPACITY AS SHERIFF OF MARION COUNTY, OREGON; AND CITY OF SALEM, AN OREGON MUNICIPAL CORPORATION,

Defendants.

Case No. 6:26-cv-01883-MTK

**DEFENDANT SHERIFF HUNTER'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**RESPONSE**

Sheriff Hunter agrees with the premise of Plaintiffs' Complaint and Motion for Summary Judgment that this situation violates the Second Amendment under established United States Supreme Court precedent and that there is no legitimate justification under the standards set by

the United States Supreme Court to deny a Concealed Handgun License (CHL) permit to someone solely because they live in Arizona instead of Nevada. Sheriff Hunter supports Plaintiffs' request for a federal court order declaring that the prohibition on issuing a CHL permit to a resident of a noncontiguous state under ORS 166.291(8) is unconstitutional (although all other CHL requirements would still apply). Sheriff Hunter is not persuaded at this time that ORS 166.291(1)(c) is unconstitutional as applied to the present facts if the contiguous restriction in ORS 166.291(8) is declared unconstitutional.

Dated this 24th day of November, 2026

Respectfully submitted,

STEVE ELZINGA
MARION COUNTY LEGAL COUNSEL

*s/Cody M. Hawkins*
Cody M. Hawkins, OSB #203809
Sr. Assistant Legal Counsel
Marion County Legal Counsel
chawkins@co.marion.or.us
*Of Attorneys for Defendant Hunter*